
RECEIVED
SEP 28 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| LOUISIANA SAFETY ASSOCIATION OF TIMBERMAN MEMBERS AND FORMER MEMBERS | : | CIVIL ACTION NO. 1:16-0768 |
| VERSUS | : | JUDGE TRIMBLE |
| TED BRETT BRUNSON | : | MAG. JUDGE HORNSBY |

## JUDGMENT

A notice of appeal from the bankruptcy court with regard to an Oral Order dated 05/04/2016 was filed and assigned to the undersigned. After all briefs were filed, the court heard oral arguments from the parties. The court finds for reasons assigned in court on this date that there was no error made by the bankruptcy court judge. Accordingly,

**IT IS ORDERED** that the appeal is hereby **DENIED,** the judgment of the bankruptcy court is **AFFIRMED,** and the instant suit is dismissed.

**THUS DONE AND SIGNED** in Alexandria, Louisiana on this 28th day of September, 2016.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT COURT